**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 23-CV-20495-PAS

CENTER FOR BIOLOGICAL DIVERSITY,
BAT CONSERVATION INTERNATIONAL,
MIAMI BLUE CHAPTER OF THE NORTH
AMERICAN BUTTERFLY ASSOCIATION, and
TROPICAL AUDUBON SOCIETY,
     Plaintiffs,

v.

DEBRA HAALAND, in her official capacity as
Secretary of the U.S. Department of the Interior;
U.S. DEPARTMENT OF THE INTERIOR;
CHARLES F. SAMS III, in his official capacity
as Director of the National Park Service;
and NATIONAL PARK SERVICE,
     Defendants,

and

MIAMI-DADE COUNTY,
     Defendant-Intervenor.
_____/

**FINAL JUDGMENT**

     Pursuant to the Court's Order on Cross-Motions for Summary Judgment Setting Aside

the 2022 Agreement and Release between the National Park Service and Miami-Dade County

[DE 58], final judgment is entered in favor of Plaintiffs on Counts One and Two of the

Complaint [DE 1] and against Federal Defendants.  Count Three of the Complaint is dismissed

with prejudice due to the vacatur of the 2022 Agreement and Release granted on Counts One

and Two.

     DONE AND ORDERED in Miami, Florida, this 13 day of December, 2023.

                              PATRICIA A. SEITZ
                              UNITED STATES SENIOR DISTRICT JUDGE

cc:    The Honorable Lisette M. Reid
       Counsel of Record